Brian S. Kabateck, SBN 152054 (bsk@kbklawyers.com)
Richard L. Kellner, SBN 171416
Reza Sina, SBN 250428
KABATECK BROWN KELLNER LLP
644 South Figueroa Street
Los Angeles, California 90017
Tel: (213) 217-5000
Fax: (213) 217-5010

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Meor Adlin, Individually and on behalf of all others similarly situated<br><br>Plaintiffs,<br><br>-against-<br><br>Air New Zealand, All Nippon Airways, Cathay Pacific Airways, China Airlines, EVA Airways, Japan Airlines International, Qantas Airways, Singapore Airlines, Thai Airways, United Airlines,<br><br>Defendants. | Case No. 3:07-cv-06410-EDL<br><br>**NOTICE OF MOTION AND MOTION FOR ADMINISTRATIVE RELIEF TO CONSIDER WHETHER CASES SHOULD BE RELATED** |

1

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:**

Pursuant to Local Rule 3-12, notice is given that this action is related to the case of *In re International Air Transportation Surcharge Antitrust Litigation*, M:06-cv-01793-CRB, now pending in the Northern District Court of California (Hon. Charles R. Breyer), in that these actions may call of determination of the same or substantially identical questions of law and fact.

In all of these actions, Plaintiffs are seeking a determination that the Defendant Airlines violated federal antitrust laws of the United States, Section 1 of the Sherman Antitrust Act of 1890, 15 U.S.C. § 1 ("Sherman Act") and Sections 4 and 26 of the Clayton Antitrust Act of 1914, 15 U.S.C. §§ 15, 26 ("Clayton Act"). Specifically, Plaintiffs allege an international conspiracy among certain airlines to fix, raise, maintain, and/or stabilize prices for long haul passenger transpacific flights to and from the United States ("Passenger Air Transportation"), and for fixed fuel surcharges on this transportation ("Fuel Surcharges"). Fuel surcharges are fees charged to passengers by airlines purportedly to compensate the airlines for increased fuel costs. The *In re International Air Transportation Surcharge Antitrust Litigation* commenced before this action.

Pursuant to LR 5-1(b), Plaintiff will lodge a copy of this notice with Judge Breyer in the *In re International Air Transportation Surcharge Antitrust Litigation*.

Dated: December 27, 2007

KABATECK BROWN KELLNER LLP



By: _____
RICHARD L. KELLNER
Attorneys for Plaintiffs