1  MAYER BROWN LLP
   Richard J. Favretto, Esq.
2      rfavretto@mayerbrown.com
   John Roberti, Esq.
3      jroberti@mayerbrown.com
   1909 K Street, NW
4  Washington, DC 20006
   Telephone:    (202) 263-3000
5  Facsimile:    (202) 263-3300

6
   MAYER BROWN LLP
7  Edward D. Johnson, Esq. (SBN 189475)
       wjohnson@mayerbrown.com
8  J. Joann Liao, Esq. (SBN 227329)
       jliao@mayerbrown.com
9  Two Palo Alto Square, Suite 300
   3000 El Camino Real
10 Palo Alto, CA 94306-2112
   Telephone:    (650) 331-2000
11 Facsimile:    (650) 331-2060

12
   Attorneys for Defendant United Air Lines, Inc.
13

14             **UNITED STATES DISTRICT COURT**

15             **NORTHERN DISTRICT OF CALIFORNIA**

16                  **SAN FRANCISCO DIVISION**

17 | MEOR ADLIN, individually and on behalf of all others similarly situated, | Case No. 3:07-cv-06410-EDL |
18 | | **DEFENDANT UNITED AIR LINES, INC.'S NOTICE OF OPPOSITION TO PLAINTIFF'S ADMINISTRATIVE MOTION TO RELATE CASES** |
19 | Plaintiff, | |
20 | vs. | |
21 | AIR NEW ZEALAND, ALL NIPPON AIRWAYS, CATHAY PACIFIC AIRWAYS, CHINA AIRLINES, EVA AIRWAYS, JAPAN AIRLINES INTERNATIONAL, QANTAS AIRWAYS, SINGAPORE AIRLINES, THAI AIRWAYS, UNITED AIRLINES, | |
25 | Defendants. | |

28  DEFENDANT'S NOTICE OF OPPOSITION TO PLAINTIFF'S MOTION TO RELATE CASES
    Case No. 3:07-cv-06410-EDL

**NOTICE OF MOTION**

TO THE COURT, PLAINTIFF AND HIS ATTORNEYS OF RECORD, please take note that on January 7, 2008, Defendant United Air Lines, Inc. ("United") filed its Opposition to Plaintiff's Motion for Administrative Relief to Consider Whether Cases Should be Related. United's Opposition was filed in the earlier-filed case, *In re International Air Transportation Surcharge Antitrust Litigation*, Master File No. 06-cv-1793-CRB, as required by Civil Local Rule 3-12(e).  Civ. L.R. 3-12(e) ("Any opposition to or support of a Motion to Consider Whether Cases Should be Related must be filed in the earliest filed case pursuant to Civil L.R. 7-11."). A copy of the Opposition is attached hereto.

DATED: January 7, 2008                                  MAYER BROWN LLP

                                                        By: _____/s/_____
                                                            J. Joann Liao
                                                            Attorneys for Defendant United Air Lines

DEFENDANT'S NOTICE OF OPPOSITION TO PLAINTIFF'S MOTION TO RELATE CASES
Case No. 3:07-cv-06410-EDL