MAYER BROWN LLP
Richard J. Favretto, Esq.
  rfavretto@mayerbrown.com
John Roberti, Esq.
  jroberti@mayerbrown.com
1909 K Street, NW
Washington, DC 20006
Telephone:    (202) 263-3000
Facsimile:    (202) 263-3300


MAYER BROWN LLP
Edward D. Johnson, Esq. (SBN 189475)
  wjohnson@mayerbrown.com
J. Joann Liao, Esq. (SBN 227329)
  jliao@mayerbrown.com
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, CA 94306-2112
Telephone:    (650) 331-2000
Facsimile:    (650) 331-2060


Attorneys for Defendant United Air Lines, Inc.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| In re INTERNATIONAL AIR TRANSPORTATION SURCHARGE ANTITRUST LITIGATION | Master File No. 06-cv-1793-CRB |
| | MDL No. 1793 |
| | **DEFENDANT UNITED AIR LINES, INC.'S OPPOSITION TO PLAINTIFF'S ADMINISTRATIVE MOTION TO RELATE CASES** |
| This Document Relates to: | |
| ALL ACTIONS. | |

1    Plaintiff Meor Adlin's administrative motion to relate his case to the above-captioned

2   proceedings comes on the heels of this Court's denial of a similar motion to relate a case

3   virtually identical to Plaintiff's to the above-captioned proceedings and therefore should be

4   denied.[1]

5    *Meor Adlin v. Air New Zealand, et al.*, Case No. 3:07-cv-06410-EDL ("*Adlin*"), is one in

6   a group of recently-filed, purported class actions[2], all of which allege a conspiracy among the

7   defendant airlines "to fix, raise, maintain, and/or stabilize prices for long haul passenger

8   ***transpacific*** flights to and from the United States . . . and for fixed fuel surcharges on this

9   transportation[.]"  (*Adlin* Class Action Complaint ("Adlin Compl.") ¶ 1 (emphasis added).)  The

10   cases in this group (hereinafter, the "Transpacific Cases") are related to each other, as they all

11   make substantially similar claims against a substantially similar group of defendants.  However,

12   as this Court has already ruled, the Transpacific Cases are not related to *In re International Air*

13   *Transportation Surcharge Antitrust Litigation* (the "UK Route Cases").  (Dec. 14, 2007 Order

14   Denying Motion to Relate Case (attached as Exhibit 1).)

15    *Adlin* is virtually identical to *Schelly*.  Both cases name the same group of defendants

16   (none of whom are currently defendants in the UK Route Cases).  Both allege a conspiracy

17   among these defendants to "fix, raise, maintain, and/or stabilize prices for long haul passenger

18   ***transpacific*** flights to and from the United States[.]"  (Adlin Compl. ¶ 1; *Schelly* Class Action

---

19   [1] Plaintiff improperly filed his administrative motion in his own case, rather than in the earlier-
20   filed case, *In re International Air Transportation Surcharge Antitrust Litigation*, as required by
     Civil Local Rule 3-12(b).  Furthermore, Plaintiff failed to serve his motion on all known parties,
21   also as required by Civil Local Rule 3-12(b).  Without having received notice of the motion from
     Plaintiff, Defendant United Air Lines ("United") is responding to Plaintiff's motion promptly
22   upon discovering that such a motion had been filed.
     [2] At last count, twelve such cases had been filed, eleven in the Northern District of California
23   and one in the Central District of California:  *Wortman, et al. v. Air New Zealand, et al.*, 07-cv-
     05634-CRB ("*Wortman*"); *Maloof v. Air New Zealand, et al.*, 07-cv-05811-CRB; *Foy v. Air New*
24   *Zealand, et al.*, 07-cv-06219-EDL; *Schelly, et al. v. Air New Zealand, et al.*, 07-cv-06071-MMC
     ("*Schelly*"); *Clark, et al. v. Air New Zealand, et al.*, 07-cv-06357-JSW; *Casteel, et al. v. Air New*
25   *Zealand, et al.*, 07-cv-06343-EMC; *Adlin v. Air New Zealand, et al.*, 07-cv-06410-EDL;
     *Kaufman, et al. v. Air New Zealand, et al.*, 07-cv-06417-JL; *Evans, et al. v. Air New Zealand, et*
26   *al.*, 07-cv-05821-VRW; *Ajaye, et al. v. Air New Zealand, et al.*, 07-cv-05911-JSW; *Diller, et al.*
     *v. Air New Zealand, et al.*, 07-cv-06394 MEJ; *Barton, et al. v. Air New Zealand, et al.*, 07-cv-
27   07392-PSG-PJW.

28

1   Complaint ¶ 1 (emphasis added).)  Both are unlike the UK Route Cases, which involve flights to

2   and from the **United Kingdom**.  (*In re International Air Transportation Surcharge Antitrust*

3   *Litigation* First Consolidated Amended Complaint ¶ 14.)  Thus *Adlin*, like *Schelly*, is completely

4   unrelated to the UK Route Cases.  (*See* Ex. 1.)

5          Moreover, the Transpacific Cases may be assigned to a different judge or district as a

6   result of a pending motion before the Judicial Panel on Multidistrict Litigation (MDL-1913) filed

7   by the plaintiffs in *Wortman*, seeking consolidation and transfer of the individual Transpacific

8   Cases.  The motion to transfer and consolidate is scheduled to be heard on January 30, 2008.

9   Even if this Court were inclined to overrule its prior decision and relate the *Adlin* case to the UK

10  Route Cases, in the interest of efficiency, the Court should defer a ruling until after the Judicial

11  Panel on Multidistrict Litigation has ruled.

12         For the foregoing reasons, United respectfully requests that Plaintiff's motion be denied.

13

14  DATED: January 7, 2008                          MAYER BROWN LLP

15                                                  By: _____/s/_____

16                                                      J. Joann Liao
                                                        Attorneys for Defendant United Air Lines

17

18

19

20

21

22

23

24

25

26

27

28

DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION TO RELATE CASES
Master File No. 06-cv-1793-CRB