1   MAYER BROWN LLP
    Richard J. Favretto, Esq.
2      rfavretto@mayerbrown.com
    John Roberti, Esq.
3      jroberti@mayerbrown.com
    1909 K Street, NW
4   Washington, DC 20006
    Telephone:    (202) 263-3000
5   Facsimile:    (202) 263-3300

6   MAYER BROWN LLP
    Edward D. Johnson, Esq. (SBN 189475)
7      wjohnson@mayerbrown.com
    J. Joann Liao, Esq. (SBN 227329)
8      jliao@mayerbrown.com
    Two Palo Alto Square, Suite 300
9   3000 El Camino Real
    Palo Alto, CA 94306-2112
10  Telephone:    (650) 331-2000
    Facsimile:    (650) 331-2060
11
    Attorneys for Defendant United Air Lines, Inc.
12

13              **UNITED STATES DISTRICT COURT**

14             **NORTHERN DISTRICT OF CALIFORNIA**

15               **SAN FRANCISCO DIVISION**

16  In re INTERNATIONAL AIR                 Master File No. 06-cv-1793-CRB
    TRANSPORTATION SURCHARGE
17  ANTITRUST LITIGATION                    MDL No. 1793

18                                          ~~[PROPOSED]~~ **ORDER DENYING**
                                            **PLAINTIFFS' ADMINISTRATIVE**
19                                          **MOTION TO RELATE CASES**

20  This Document Relates to:

21      ALL ACTIONS.

22

23

24

25

26

27

28

1        On December 28, 2007, Plaintiff in the action *Adlin v. Air New Zealand*, *et al.*, Northern

2 District Case No. C-07-06410-EDL ("*Adlin*"), filed a Motion for Administrative Relief to

3 Consider Whether Cases Should be Related, seeking to relate the *Adlin* case to the above-

4 captioned proceeding.  Plaintiff failed to serve the motion on known parties to the purportedly

5 related actions, as required by Civil Local Rule 3-12(b).  Plaintiff also improperly filed the

6 motion in his own action, rather than in this action, which is the earlier-filed action.

7        On January 7, 2008, Defendant United Air Lines, Inc. filed an Opposition to this

8 administrative motion.

9        Upon consideration of the papers and pleadings on file, and for good cause shown,

10 **IT IS HEREBY ORDERED** that the administrative motion seeking to relate the *Adlin* action to

11 this action is **DENIED**.

12

13 DATED: _January 09_____, 2008

14                               _____

15                          Hon. Charles R. B


16

17

18

19

20

21

22

23

24

25

26

27

28