MAYER BROWN LLP
Richard J. Favretto, Esq.
  rfavretto@mayerbrown.com
John Roberti, Esq.
  jroberti@mayerbrown.com
1909 K Street, NW
Washington, DC 20006
Telephone:   (202) 263-3000
Facsimile:    (202) 263-3300

MAYER BROWN LLP
Edward D. Johnson, Esq. (SBN 189475)
  wjohnson@mayerbrown.com
J. Joann Liao, Esq. (SBN 227329)
  jliao@mayerbrown.com
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, CA 94306-2112
Telephone:   (650) 331-2000
Facsimile:    (650) 331-2060

Attorneys for Defendant United Air Lines, Inc.

Additional Counsel on Signature Page

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| MEOR ADLIN, individually and on behalf of all others similarly situated,<br><br>            Plaintiff,<br><br>vs.<br><br>AIR NEW ZEALAND, ALL NIPPON AIRWAYS, CATHAY PACIFIC AIRWAYS, CHINA AIRLINES, EVA AIRWAYS, JAPAN AIRLINES INTERNATIONAL, MALAYSIA AIRLINES, NORTHWEST AIRLINES, QANTAS AIRWAYS, SINGAPORE AIRLINES, THAI AIRWAYS, UNITED AIR LINES,<br><br>            Defendants. | Case No. 3:07-cv-06410-EDL<br><br>**JOINT STIPULATION PURSUANT TO LOCAL RULE 6-1 EXTENDING TIME TO RESPOND TO COMPLAINTS IN RELATED ACTIONS**<br><br>The Honorable Elizabeth D. Laporte |

JOINT STIPULATION PURSUANT TO LOCAL RULE 6-1 EXTENDING
TIME TO RESPOND TO COMPLAINTS IN RELATED ACTIONS
Case No. 3:07-cv-06410-EDL

PADB01 44044056.1 22-Jan-08 16:56

Pursuant to Local Rule 6-1(a), and in light of the related "Motion for Transfer and Consolidation of Related Actions to the Northern District of California Pursuant to 28 U.S.C. § 1407" now pending before the Judicial Panel on Multidistrict Litigation ("JPML"), Plaintiff Meor Adlin ("Plaintiff") and Defendant United Air Lines, Inc. ("Defendant"), through counsel, hereby stipulate and agree as follows:

IT IS HEREBY STIPULATED AND AGREED that Defendant's time to answer, move or otherwise plead is enlarged until the later of: (1) the date when Defendant would otherwise be required to a file a response pursuant to Federal Rule of Civil Procedure 12; or (2) 45 days after the JPML grants, denies, or otherwise disposes of the pending motion. If a consolidated amended complaint is filed by Plaintiff in a single transferee Court and served on Defendant, Defendant's time to answer, move, or otherwise plead is enlarged until 45 days after such service.

IT IS FURTHER STIPULATED AND AGREED that defense counsel shall accept service on behalf of Defendant of the summons and complaints in the above-captioned matter, including any amended or consolidated complaints, and further, that Defendant shall not contest sufficiency of process or service of process. This Stipulation does not constitute a waiver of any other defense including, but not limited to, the defenses of lack of personal or subject matter jurisdiction or improper venue. Nothing in this paragraph shall obligate Defendant to answer, move, or otherwise respond to any complaint until the time provided in the preceding paragraph. The above notwithstanding, should Defendant, except pursuant to court order, respond to any complaint in a related matter filed in another United States District Court prior to the date contemplated by this stipulation, then such Defendant shall make a simultaneous response to the complaint in the above-captioned matter.

//

//

-2-
JOINT STIPULATION PURSUANT TO LOCAL RULE 6-1 EXTENDING
TIME TO RESPOND TO COMPLAINTS IN RELATED ACTIONS
Case No. 3:07-cv-06410-EDL

PADB01 44044056.1 22-Jan-08 16:56

1  IT IS SO STIPULATED.

3  Respectfully Submitted,

4  Dated: January 22, 2008                    MAYER BROWN LLP

5                                             By:    /s/ J. Joann Liao

6                                             MAYER BROWN LLP
                                              Two Palo Alto Square, Suite 300
7                                             3000 El Camino Real
                                              Palo Alto, CA 94306-2112
8                                             Telephone:   (650) 331-2000
                                              Facsimile:   (650) 331-2060

10                                            *Counsel for Defendant United Air Lines, Inc.*

12  Dated: January 22, 2008                   KABATECK BROWN KELLNER LLP

13                                            By:     *Reza Sina (by authorization)*

14                                            KABATECK BROWN KELLNER LLP
                                              644 South Figueroa Street
15                                            Los Angeles, CA 90017
                                              Telephone: (213) 217-5000
16                                            Facsimile: (213) 217-5010

18                                            *Counsel for Plaintiff*

-3-
JOINT STIPULATION PURSUANT TO LOCAL RULE 6-1 EXTENDING
TIME TO RESPOND TO COMPLAINTS IN RELATED ACTIONS
Case No. 3:07-cv-06410-EDL

PADB01 44044056.1 22-Jan-08 16:56