Brian S. Kabateck, SBN 152054 (bsk@kbklawyers.com)
Richard L. Kellner, SBN 171416
Reza Sina, SBN 250428
KABATECK BROWN KELLNER LLP
644 South Figueroa Street
Los Angeles, CA 90017
Tel: (213) 217-5000
Fax: (213) 217-5010

*Attorneys for Plaintiff Meor Adlin*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA,

SAN FRANCISCO DIVISION

| | |
|---|---|
| MEOR ADLIN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>AIR NEW ZEALAND, ALL NIPPON AIRWAYS, CATHAY PACIFIC AIRWAYS, CHINA AIRLINES, EVA AIRLINES, JAPAN AIRLINES INTERNATIONAL, MALAYSIA AIRLINES, NORTHWEST AIRLINES, QANTAS AIRWAYS, SINGAPORE AIR, THAI AIRWAYS, UNITED AIRLINES,<br><br>Defendants. | CASE NO. CV-07-6410 (EDL)<br><br>**STIPULATION RE EXTENSION OF TIME FOR DEFENDANT THAI AIRWAYS INTERNATIONAL PUBLIC COMPANY LIMITED TO RESPOND TO COMPLAINT** |

**Case No. CV-07-6410 (EDL), Stipulation Re Extension of Time For Defendant Thai Airways International Public Company Limited to Respond to Complaint**

WHEREAS the undersigned plaintiff has filed the above-captioned case;

WHEREAS plaintiff alleges antitrust violations by defendant airlines in the sale of passenger air transportation services containing transpacific flight segments;

WHEREAS multiple complaints have been filed to date in federal district courts throughout the United States by plaintiffs purporting to bring class actions on behalf of purchasers of passenger air transportation services containing transpacific flight segments (collectively "the Transpacific Air Passenger cases");

WHEREAS, a motion is pending before the Judicial Panel on Multidistrict Litigation to transfer the Transpacific Air Passenger cases to this jurisdiction for coordinated and consolidated pretrial proceedings pursuant to 28 U.S.C. Section 1407;

WHEREAS plaintiff anticipates the possibility of filing a Consolidated Amended Complaint in the Transpacific Air Passenger cases;

WHEREAS plaintiff and Thai Airways International Public Company Limited have agreed that an orderly schedule for any response to the pleadings in the Transpacific Air Passenger cases would be more efficient for the parties and for the Court;

PURSUANT TO LOCAL RULE 6-1(a), PLAINTIFFS AND DEFENDANT THAI AIRWAYS INTERNATIONAL PUBLIC COMPANY LIMITED, BY AND THROUGH THEIR RESPECTIVE COUNSEL OF RECORD, HEREBY STIPULATE AS FOLLOWS:

1. The deadline for Thai Airways International Public Company Limited to answer, move, or otherwise respond to plaintiff's Complaint shall be extended until forty-five days after the filing of a Consolidated Amended Complaint in the Transpacific Air Passenger cases, or such other times as the parties may jointly agree to in writing.

2. This Stipulation does not constitute a waiver by Thai Airways International Public Company Limited of any defense, including but not limited to the defenses of lack of personal jurisdiction, subject matter jurisdiction, improper venue, sufficiency of process or service of process.

**Case No. CV-07-6410 (EDL), Stipulation Re Extension of Time For Defendant Thai Airways International Public Company Limited to Respond to Complaint**

1   IT IS SO STIPULATED.

2   DATED: January __, 2008            by

3                                          _____
                                           Brian S. Kabateck
4                                          Richard Kellner
                                           Reza Sina
5                                          **KABATECK BROWN KELLNER LLP**
                                           644 South Figueroa Street
6                                          Los Angeles, CA 90017
                                           Telephone: (213) 217-5000
7                                          Fax: (213) 217-5010
                                           *Attorneys for Plaintiff Meor Adlin*
8

9

10  DATED: January 25 2008               /s/ Rowan D. Wilson (by permission)
                                         Rowan D. Wilson
11                                       CRAVATH, SWAINE & MOORE LLP
                                         825 Eighth Avenue
12                                       New York, NY 10019
                                         Telephone: (212) 474-1000
13                                       Fax: (212) 474-3700

14
                                         *Attorney for Defendant Thai Airways*
15                                       *International Company Limited*

16

17

18

19

20

21

22

23

24

25

26

27

28  Case No. CV-07-6410 (EDL), Stipulation Re Extension of Time For Defendant Thai Airways International Public
            Company Limited to Respond to Complaint