| | |
|---|---|
| 1 | BOIES, SCHILLER & FLEXNER LLP |
| | JOHN F. COVE, JR. (CA Bar No. 212213) |
| 2 | KENNETH F. ROSSMAN IV (CA Bar No. 237558) |
| | DEAN M. HARVEY (CA Bar No. 250298) |
| 3 | 1999 Harrison St., Suite 900 |
| | Oakland, CA 94612 |
| 4 | Telephone: (510) 874-1000 |
| | Facsimile: (510) 874-1460 |
| 5 | Email:  jcove@bsfllp.com |
| |           krossman@bsfllp.com |
| 6 |           dharvey@bsfllp.com |
| 7 | Attorneys for Defendant Northwest Airlines |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **MEOR ADLIN**, individually and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br><br>vs.<br><br>**AIR NEW ZEALAND, ALL NIPPON AIRWAYS, CATHAY PACIFIC AIRWAYS, CHINA AIRLINES, EVA AIRLINES, JAPAN AIRLINES INTERNATIONAL, MALAYSIA AIRLINES, NORTHWEST AIRLINES, QANTAS AIRWAYS, SINGAPORE AIR, THAI AIRWAYS, UNITED AIRLINES,**<br><br>                    Defendants. | Case No. 07-CV6410-EDL<br><br>**DEFENDANT NORTHWEST AIRLINES' NOTICE OF APPEARANCE OF JOHN F. COVE, JR., KENNETH F. ROSSMAN IV AND DEAN M. HARVEY**<br><br>The Honorable Elizabeth D. Laporte |

DEFENDANT NORTHWEST AIRLINES' NOTICE OF APPEARANCE OF JOHN F. COVE, JR., KENNETH F. ROSSMAN IV AND DEAN M. HARVEY – CASE NO. 07-CV6410-EDL

1  TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

2  PLEASE TAKE NOTICE THAT John F. Cove, Jr., Kenneth F. Rossman IV and Dean M.
3  Harvey of Boies, Schiller & Flexner LLP, 1999 Harrison Street, Suite 900, Oakland, California
4  94612, hereby enter an appearance on behalf of defendant Northwest Airlines in the above-
5  captioned matter.

6
7  Respectfully Submitted,

8  Dated: January 28, 2008               BOIES, SCHILLER & FLEXNER LLP

9                                        By:     /s/ Dean M. Harvey_____

10                                        JOHN F. COVE, JR.
11                                        KENNETH F. ROSSMAN IV
                                          DEAN M. HARVEY
12                                        1999 Harrison St., Suite 900
                                          Oakland, CA 94612
13                                        Telephone: (510) 874-1000
                                          Facsimile: (510) 874-1460
14
                                          Attorneys for Defendant Northwest Airlines
15

16

17

18

19

20

21

22

23

24

25

26

27

28

1