1  BOIES, SCHILLER & FLEXNER LLP
   JOHN F. COVE, JR. (CA Bar No. 212213)
2  KENNETH F. ROSSMAN IV (CA Bar No. 237558)
   DEAN M. HARVEY (CA Bar No. 250298)
3  1999 Harrison St., Suite 900
   Oakland, CA 94612
4  Telephone: (510) 874-1000
   Facsimile: (510) 874-1460
5  Email:  jcove@bsfllp.com
           krossman@bsfllp.com
6          dharvey@bsfllp.com

7  Attorneys for Defendant Northwest Airlines

8  Additional Counsel on Signature Page

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MEOR ADLIN**, individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>**AIR NEW ZEALAND, ALL NIPPON AIRWAYS, CATHAY PACIFIC AIRWAYS, CHINA AIRLINES, EVA AIRLINES, JAPAN AIRLINES INTERNATIONAL, MALAYSIA AIRLINES, NORTHWEST AIRLINES, QANTAS AIRWAYS, SINGAPORE AIR, THAI AIRWAYS, UNITED AIRLINES,**<br><br>　　　　　　Defendants. | Case No. 07-CV6410-EDL<br><br>**JOINT STIPULATION PURSUANT TO LOCAL RULES 6-1 AND 6-2 EXTENDING TIME TO RESPOND TO COMPLAINT AND CONTINUING COURT-ORDERED DEADLINES AND [PROPOSED] ORDER**<br><br>The Honorable Elizabeth D. Laporte |

JOINT STIPULATION PURSUANT TO LOCAL RULES 6-1 AND 6-2 EXTENDING TIME TO RESPOND TO
COMPLAINT AND CONTINUING COURT-ORDERED DEADLINES AND [PROPOSED] ORDER
CASE NO. 07-CV6410-EDL

1  Pursuant to Local Rules 6-1 and 6-2, and in light of the related "Motion for Transfer and
2  Consolidation of Related Actions to the Northern District of California Pursuant to 28 U.S.C. §
3  1407" now pending before the Judicial Panel on Multidistrict Litigation ("JPML"), Plaintiff Meor
4  Adlin ("Plaintiff"), and defendant Northwest Airlines ("Defendant"), through counsel, hereby
5  stipulate and agree as follows:
6      IT IS HEREBY STIPULATED AND AGREED that Defendant's time to answer, move or
7  otherwise plead is enlarged until the later of: (1) the date when Defendant would otherwise be
8  required to a file a response pursuant to Federal Rule of Civil Procedure 12; or (2) 45 days after
9  the JPML grants, denies, or otherwise disposes of the pending motion.  If a consolidated amended
10 complaint is filed by Plaintiff in a single transferee Court and served on Defendant, and Plaintiff's
11 counsel is acting as Lead Counsel, Plaintiff agree that Defendants' time to answer, move, or
12 otherwise plead is enlarged until 45 days after such service.
13     IT IS FURTHER STIPULATED AND AGREED that defense counsel shall accept service
14 on behalf of Defendant of the summons and complaints in the above-captioned matter, including
15 any amended or consolidated complaints, and further, that Defendant shall not contest sufficiency
16 of process or service of process.  This Stipulation does not constitute a waiver of any other
17 defense including, but not limited to, the defenses of lack of personal or subject matter
18 jurisdiction or improper venue.  Nothing in this paragraph shall obligate Defendant to answer,
19 move, or otherwise respond to any complaint until the time provided in the preceding paragraph.
20     IT IS FURTHER STIPULATED AND AGREED that, given the length of time likely to
21 be required by the JMPL to resolve the pending motion, the efficiency in having one case
22 management schedule set for consolidated class actions rather than proceeding separately, and the
23 desirability of having the court to whom the matter is ultimately assigned set its own case
24 management schedule, Plaintiff and Defendant agree that the dates set in the December 19, 2007
25 Order Setting Initial Case Management Conference (and the deadlines triggered by such
26 conference) should be continued.  The Initial Case Management Conference will be continued to
27 a date within 45 days of the JPML granting, denying or otherwise disposing of the Section 1407
28

1

1  motion before it.  After such action by the JPML, Plaintiff and Defendant will meet and confer
2  and submit proposed dates for the Initial Case Management Conference.
3      IT IS SO STIPULATED.
4
5      Respectfully Submitted,
6  Dated: January 28, 2008                BOIES, SCHILLER & FLEXNER LLP
7                                              By:   /s/ Dean M. Harvey
8
                                            JOHN F. COVE, JR.
9                                              KENNETH F. ROSSMAN IV
                                            DEAN M. HARVEY
10                                             1999 Harrison St., Suite 900
                                            Oakland, CA 94612
11                                             Telephone: (510) 874-1000
                                            Facsimile: (510) 874-1460
12
13                                             Attorneys for Defendant Northwest Airlines
14
    Dated: January 28, 2008                KABATECK BROWN KELLNER
15
                                            By:   /s/ Reza Sina (by authorization)
16                                             RICHARD L. KELLNER
                                            REZA SINA
17                                             644 S. Figueroa Street
                                            Los Angeles, CA 90017
18                                             Telephone: (213) 217-5000
                                            Facsimile: (213) 217-5010
19
                                            Attorneys for Plaintiff
20
21
22
23
24
25
26
27
28

2

1 **ORDER**

2 PURSUANT TO STIPULATION, IT IS SO ORDERED THAT, to conserve party and judicial resources, and in light of the proceedings currently pending before the JPML to consolidate and transfer all pending Pacific Air Transportation cases to one court, dates set in the December 19, 2007 Order Setting Initial Case Management Conference (and the deadlines triggered by such conference) are hereby continued. The Initial Case Management Conference will be continued to a date within 45 days of the JPML granting, denying or otherwise disposing of the Section 1407 motion before it. After such action by the JPML, Plaintiff and Defendant will meet and confer and submit proposed dates for the Initial Case Management Conference.

Dated: January **[\_\_]**, 2008          _____

Honorable Elizabeth D. Laporte
Judge of the United States District Court