1  BOIES, SCHILLER & FLEXNER LLP
   JOHN F. COVE, JR. (CA Bar No. 212213)
2  KENNETH F. ROSSMAN IV (CA Bar No. 237558)
   DEAN M. HARVEY (CA Bar No. 250298)
3  1999 Harrison St., Suite 900
   Oakland, CA 94612
4  Telephone: (510) 874-1000
   Facsimile: (510) 874-1460
5  Email:  jcove@bsfllp.com
           krossman@bsfllp.com
6          dharvey@bsfllp.com

7  Attorneys for Defendant Northwest Airlines

8  Additional Counsel on Signature Page

9

10

11              UNITED STATES DISTRICT COURT

12              NORTHERN DISTRICT OF CALIFORNIA

13 | **MEOR ADLIN**, individually and on behalf of | Case No. 07-CV6410-EDL
   | all others similarly situated,
14 |                                              | **JOINT STIPULATION PURSUANT TO**
15 |              Plaintiff,                      | **LOCAL RULES 6-1 AND 6-2**
   |                                              | **EXTENDING TIME TO RESPOND TO**
16 | vs.                                          | **COMPLAINT AND CONTINUING**
   |                                              | **COURT-ORDERED DEADLINES AND**
17 | **AIR NEW ZEALAND, ALL NIPPON**              | [PROPOSED] **ORDER**
   | **AIRWAYS, CATHAY PACIFIC**
18 | **AIRWAYS, CHINA AIRLINES, EVA**
   |                                              | The Honorable Elizabeth D. Laporte
19 | **AIRLINES, JAPAN AIRLINES**
   | **INTERNATIONAL, MALAYSIA**
20 | **AIRLINES, NORTHWEST AIRLINES,**
   | **QANTAS AIRWAYS, SINGAPORE AIR,**
21 | **THAI AIRWAYS, UNITED AIRLINES,**
22 |              Defendants.

1   Pursuant to Local Rules 6-1 and 6-2, and in light of the related "Motion for Transfer and
2   Consolidation of Related Actions to the Northern District of California Pursuant to 28 U.S.C. §
3   1407" now pending before the Judicial Panel on Multidistrict Litigation ("JPML"), Plaintiff Meor
4   Adlin ("Plaintiff"), and defendant Northwest Airlines ("Defendant"), through counsel, hereby
5   stipulate and agree as follows:
6       IT IS HEREBY STIPULATED AND AGREED that Defendant's time to answer, move or
7   otherwise plead is enlarged until the later of: (1) the date when Defendant would otherwise be
8   required to a file a response pursuant to Federal Rule of Civil Procedure 12; or (2) 45 days after
9   the JPML grants, denies, or otherwise disposes of the pending motion.  If a consolidated amended
10  complaint is filed by Plaintiff in a single transferee Court and served on Defendant, and Plaintiff's
11  counsel is acting as Lead Counsel, Plaintiff agree that Defendants' time to answer, move, or
12  otherwise plead is enlarged until 45 days after such service.
13      IT IS FURTHER STIPULATED AND AGREED that defense counsel shall accept service
14  on behalf of Defendant of the summons and complaints in the above-captioned matter, including
15  any amended or consolidated complaints, and further, that Defendant shall not contest sufficiency
16  of process or service of process.  This Stipulation does not constitute a waiver of any other
17  defense including, but not limited to, the defenses of lack of personal or subject matter
18  jurisdiction or improper venue.  Nothing in this paragraph shall obligate Defendant to answer,
19  move, or otherwise respond to any complaint until the time provided in the preceding paragraph.
20      IT IS FURTHER STIPULATED AND AGREED that, given the length of time likely to
21  be required by the JMPL to resolve the pending motion, the efficiency in having one case
22  management schedule set for consolidated class actions rather than proceeding separately, and the
23  desirability of having the court to whom the matter is ultimately assigned set its own case
24  management schedule, Plaintiff and Defendant agree that the dates set in the December 19, 2007
25  Order Setting Initial Case Management Conference (and the deadlines triggered by such
26  conference) should be continued.  The Initial Case Management Conference will be continued to
27  a date within 45 days of the JPML granting, denying or otherwise disposing of the Section 1407
28

motion before it.  After such action by the JPML, Plaintiff and Defendant will meet and confer and submit proposed dates for the Initial Case Management Conference.

      IT IS SO STIPULATED.


      Respectfully Submitted,

Dated: January 28, 2008              BOIES, SCHILLER & FLEXNER LLP

                                          By:    /s/ Dean M. Harvey

                                          JOHN F. COVE, JR.
                                          KENNETH F. ROSSMAN IV
                                          DEAN M. HARVEY
                                          1999 Harrison St., Suite 900
                                          Oakland, CA 94612
                                          Telephone: (510) 874-1000
                                          Facsimile: (510) 874-1460

                                          Attorneys for Defendant Northwest Airlines

Dated: January 28, 2008              KABATECK BROWN KELLNER

                                          By:    /s/ Reza Sina (by authorization)
                                          RICHARD L. KELLNER
                                          REZA SINA
                                          644 S. Figueroa Street
                                          Los Angeles, CA 90017
                                          Telephone: (213) 217-5000
                                          Facsimile: (213) 217-5010

                                          Attorneys for Plaintiff

JOINT STIPULATION PURSUANT TO LOCAL RULES 6-1 AND 6-2 EXTENDING TIME TO RESPOND TO
COMPLAINT AND CONTINUING COURT-ORDERED DEADLINES AND [PROPOSED] ORDER

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED THAT, to conserve party and judicial resources, and in light of the proceedings currently pending before the JPML to consolidate and transfer all pending Pacific Air Transportation cases to one court, dates set in the December 19, 2007 Order Setting Initial Case Management Conference (and the deadlines triggered by such conference) are hereby continued. The Initial Case Management Conference will be continued to a date within 45 days of the JPML granting, denying or otherwise disposing of the Section 1407 motion before it. After such action by the JPML, Plaintiff and Defendant will meet and confer and submit proposed dates for the Initial Case Management Conference. IT IS FURTHER ORDERED that the parties shall submit a joint status statement to the Court on **April 1, 2008.**

Dated: January [ 29 ], 2008     _____

Honorable Elizabeth D. Laporte
Judge of the United States District Court



3

JOINT STIPULATION PURSUANT TO LOCAL RULES 6-1 AND 6-2 EXTENDING TIME TO RESPOND TO COMPLAINT AND CONTINUING COURT-ORDERED DEADLINES AND [PROPOSED] ORDER