1  Brian S. Kabateck (#152054; bsk@kbklawyers.com)
   Richard I. Kellner (#171416; rlk@kbklawyers.com)
2  Reza Sina (#250428; rs@kbklawyers.com)
   KABATECK BROWN KELLNER LLP
3  644 S. Figueroa Street
   Los Angeles, CA 90017
4  Telephone (213) 217-5000
   Facsimile   (213) 217-5010
5
   *Attorneys for Plaintiff and the Class*
6

7

8             **UNITED STATES DISTRICT COURT**

9             **NORTHERN DISTRICT OF CALIFORNIA**

10                **SAN FRANCISCO DIVISION**

11

| | |
|---|---|
| MEOR ADLIN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>AIR NEW ZEALAND, ALL NIPPON AIRWAYS, CATHAY PACIFIC AIRWAYS, CHINA AIRLINES, EVA AIRWAYS, JAPAN AIRLINES INTERNATIONAL, MALAYSIA AIRLINES, NORTHWEST AIRLINES, QANTAS AIRWAYS, SINGAPORE AIRLINES, THAI AIRWAYS, UNITED AIRLINES,<br><br>Defendants. | **Case No. 07-CV-06410-EDL**<br><br>**STIPULATION RE EXTENSION OF TIME FOR DEFENDANT ALL NIPPON AIRWAYS CO., LTD. TO RESPOND TO COMPLAINT** |

100660.1

**STIPULATION RE EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO COMPLAINT**

1. WHEREAS the undersigned plaintiff has filed the above-captioned case;

2. WHEREAS plaintiff alleges antitrust violations by defendant airlines in the sale of passenger air transportation services containing transpacific flight segments;

WHEREAS multiple complaints have been filed to date in federal district courts throughout the United States by plaintiffs purporting to bring class actions on behalf of purchasers of passenger air transportation services containing transpacific flight segments (collectively "the Transpacific Air Passenger cases");

WHEREAS, a motion is pending before the Judicial Panel on Multidistrict Litigation to transfer the Transpacific Air Passenger cases to this jurisdiction for coordinated and consolidated pretrial proceedings pursuant to 28 U.S.C. Section 1407;

WHEREAS plaintiff anticipates the possibility of filing a Consolidated Amended Complaint in the Transpacific Air Passenger cases;

WHEREAS plaintiff and All Nippon Airways Co., Ltd. have agreed that an orderly schedule for any response to the pleadings in the Transpacific Air Passenger cases would be more efficient for the parties and for the Court;

PURSUANT TO LOCAL RULE 6-1(a), PLAINTIFF AND DEFENDANT ALL NIPPON AIRWAYS CO., LTD., BY AND THROUGH THEIR RESPECTIVE COUNSEL OF RECORD, HEREBY STIPULATE AS FOLLOWS:

1. The deadline for All Nippon Airways Co., Ltd. to answer, move, or otherwise respond to plaintiffs' Complaint shall be extended until forty-five days after the filing of a Consolidated Amended Complaint in the Transpacific Air Passenger cases, or such other times as the parties may jointly agree to in writing.

2. This Stipulation does not constitute a waiver by All Nippon Airways Co., Ltd., of any defense, including but not limited to the defenses of lack of personal jurisdiction, subject matter jurisdiction, improper venue, sufficiency of process or service of process.

/ / /

100660.1

**STIPULATION RE EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO COMPLAINT**

1     IT IS SO STIPULATED.

3 DATED: February 4, 2008      By:      /s/ Reza Sina
    Richard L. Kellner
    Reza Sina
    KABATECK BROWN KELLNER LLP
    644 S. Figueroa Street
    Los Angeles, CA 90017
    Telephone: (213) 217-5000
    Facsimile: (213) 217-5010

*Attorneys for Plaintiff*

10 DATED: February 4, 2008      By:      /s/ Yang Chen
    Yang Chen
    CONSTANTINE CANNON
    450 Lexington Avenue
    New York, NY 10017
    Telephone: (212) 350-2700
    Facsimile: (212) 350-2701

*Attorneys for Defendant All Nippon Airways Co., Ltd.*