Christopher T. Casamassima (CA Bar No. 211280)
Email: ccasamassima@kirkland.com
**KIRKLAND & ELLIS LLP**
777 South Figueroa Street
Los Angeles, California 90017-5800
Telephone: (213) 680-8400
Facsimile: (213) 680-8500

Attorneys for Defendant EVA Airways

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEOR ADLIN, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>    Plaintiff,<br><br>    vs.<br><br>AIR NEW ZEALAND, ALL NIPPON AIRWAYS, CATHAY PACIFIC AIRWAYS, CHINA AIRLINES, EVA AIRWAYS, JAPAN AIRLINES INTERNATIONAL, MALAYSIA AIRLINES, NORTHWEST AIRLINES, QANTAS AIRWAYS, SINGAPORE AIRLINES, THAI AIRWAYS, UNITED AIRLINES,<br><br>    Defendants. | Case No. 07-CV6410-EDL<br><br>**JOINT STIPULATION PURSUANT TO LOCAL RULES 6-1 AND 6-2 EXTENDING TIME TO RESPOND TO COMPLAINT AND CONTINUING COURT-ORDERED DEADLINES AND [~~PROPOSED~~] ORDER**<br><br>The Honorable Elizabeth D. Laporte |

Pursuant to Local Rules 6-1 and 6-2, and in light of the related "Motion for Transfer and Consolidation of Related Actions to the Northern District of California Pursuant to 28 U.S.C. § 1407" now pending before the Judicial Panel on Multidistrict Litigation ("JPML"), Plaintiff Meor Adlin ("Plaintiff"), and defendant EVA Airways ("Defendant"), through counsel, hereby stipulate and agree as follows:

JOINT STIPULATION PURSUANT TO LOCAL
RULES 6-1 AND 6-2 EXTENDING TIME TO
RESPOND TO COMPLAINT AND
CONTINUING COURT-ORDERED
DEADLINES AND [PROPOSED] ORDER
Case No 07-CV6410-EDL

IT IS HEREBY STIPULATED AND AGREED that Defendant's time to answer, move or otherwise plead is enlarged until the later of: (1) the date when Defendant would otherwise be required to a file a response pursuant to Federal Rule of Civil Procedure 12; or (2) 45 days after the JPML grants, denies, or otherwise disposes of the pending motion. If a consolidated amended complaint is filed by Plaintiff in a single transferee Court and served on Defendant, and Plaintiff's counsel is acting as Lead Counsel, Plaintiff agree that Defendants' time to answer, move, or otherwise plead is enlarged until 45 days after such service.

IT IS FURTHER STIPULATED AND AGREED that this Stipulation does not constitute a waiver by Defendant of any defense, including but not limited to the defenses of lack of personal jurisdiction, subject matter jurisdiction, improper venue, sufficiency of service of process or service of process. Nothing in this paragraph shall obligate Defendant to answer, move, or otherwise respond to any complaint until the time provided in the preceding paragraph.

IT IS FURTHER STIPULATED AND AGREED that, given the length of time likely to be required by the JPML to resolve the pending motion, the efficiency in having one case management schedule set for consolidated class actions rather than proceeding separately, and the desirability of having the court to whom the matter is ultimately assigned set its own case management schedule, Plaintiff and Defendant agree that the dates set in the December 19, 2007 Order Setting Initial Case Management Conference (and the deadlines triggered by such conference) should be continued. The Initial Case Management Conference will be continued to a date within 45 days of the JPML granting, denying or otherwise disposing of the Section 1407 motion before it. After such action by the JPML, Plaintiff and Defendant will meet and confer and submit proposed dates for the Initial Case Management Conference.

IT IS SO STIPULATED.

Respectfully submitted,

Dated: February 5, 2008                    KIRKLAND & ELLIS LLP

By:      /s/ Christopher T. Casamassima

KIRKLAND & ELLIS LLP
777 South Figueroa Street
Los Angeles, California 90017-5800
Telephone: (213) 680-8400
Facsimile: (213) 680 8500
Email: ccasamassima@kirkland.com

*Counsel for Defendant EVA Airways*

Dated: February 5, 2008                    KABATECK BROWN KELLNER

By:         /s/ Reza Sina

RICHARD L. KELLNER
REZA SINA
644 S. Figueroa Street
Los Angeles, CA 90017
Telephone: (213) 217-5000
Facsimile: (213) 217-5010

*Counsel for Plaintiff*

3    JOINT STIPULATION PURSUANT TO LOCAL
RULES 6-1 AND 6-2 EXTENDING TIME TO
RESPOND TO COMPLAINT AND
CONTINUING COURT-ORDERED
DEADLINES AND [PROPOSED] ORDER
Case No 07-CV6410-EDL

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED THAT, to conserve party and judicial resources, and in light of the proceedings currently pending before the JPML to consolidate and transfer all pending Pacific Air Transportation cases to one court, dates set in the December 19, 2007 Order Setting Initial Case Management Conference (and the deadlines triggered by such conference) are hereby continued. The Initial Case Management Conference will be continued to a date within 45 days of the JPML granting, denying or otherwise disposing of the Section 1407 motion before it. After such action by the JPML, Plaintiff and Defendant will meet and confer and submit proposed dates for the Initial Case Management Conference.

IT IS FURTHER ORDERED that the parties shall submit a joint status statement to the Court on April 1, **2008**.

Dated: [ February ] [ 8 ], 2008

_____
Judge Elizabeth D. Laporte
United States District Court

IT IS SO ORDERED
Judge Elizabeth D. Laporte

IT IS FURTHER ORDERED that this Order applies to all of the parties in this case.

4   JOINT STIPULATION PURSUANT TO LOCAL
RULES 6-1 AND 6-2 EXTENDING TIME TO
RESPOND TO COMPLAINT AND
CONTINUING COURT-ORDERED
DEADLINES AND [PROPOSED] ORDER
Case No 07-CV6410-EDL