1 | Brian S. Kabateck (#152054; bsk@kbklawyers.com)
2 | Richard I. Kellner (#171416; rlk@kbklawyers.com)
  | Reza Sina (#250428; rs@kbklawyers.com)
3 | KABATECK BROWN KELLNER LLP
  | 644 S. Figueroa Street
4 | Los Angeles, CA 90017
  | Telephone (213) 217-5000
5 | Facsimile   (213) 217-5010

*Attorneys for Plaintiff and the Class*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| MEOR ADLIN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>AIR NEW ZEALAND, ALL NIPPON AIRWAYS, CATHAY PACIFIC AIRWAYS, CHINA AIRLINES, EVA AIRWAYS, JAPAN AIRLINES INTERNATIONAL, MALAYSIA AIRLINES, NORTHWEST AIRLINES, QANTAS AIRWAYS, SINGAPORE AIRLINES, THAI AIRWAYS, UNITED AIRLINES,<br><br>Defendants. | **Case No. 07-CV-06410-EDL**<br><br>**STIPULATION RE EXTENSION OF TIME FOR DEFENDANT JAPAN AIRLINES INTERNATIONAL CO., LTD. TO RESPOND TO COMPLAINT; [PROPOSED] ORDER** |

100660.1

**STIPULATION RE EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO COMPLAINT**

1  WHEREAS the undersigned plaintiff has filed the above-captioned case;

2  WHEREAS plaintiff alleges antitrust violations by defendant airlines in the sale of
3  passenger air transportation services containing transpacific flight segments;

4  WHEREAS multiple complaints have been filed to date in federal district courts
5  throughout the United States by plaintiffs purporting to bring class actions on behalf of
6  purchasers of passenger air transportation services containing transpacific flight segments
7  (collectively "the Transpacific Air Passenger cases");

8  WHEREAS, a motion is pending before the Judicial Panel on Multidistrict
9  Litigation to transfer the Transpacific Air Passenger cases to this jurisdiction for
10  coordinated and consolidated pretrial proceedings pursuant to 28 U.S.C. Section 1407;

11  WHEREAS plaintiff anticipates the possibility of filing a Consolidated Amended
12  Complaint in the Transpacific Air Passenger cases;

13  WHEREAS plaintiff and Japan Airlines International Co., Ltd. have agreed that an
14  orderly schedule for any response to the pleadings in the Transpacific Air Passenger cases
15  would be more efficient for the parties and for the Court;

16  PURSUANT TO LOCAL RULE 6-1(a), PLAINTIFF AND DEFENDANT JAPAN
17  AIRLINES INTERNATIONAL CO., LTD., BY AND THROUGH THEIR RESPECTIVE
18  COUNSEL OF RECORD, HEREBY STIPULATE AS FOLLOWS:

19  1.  The deadline for Japan Airlines International Co., Ltd. to answer, move, or
20  otherwise respond to plaintiffs' Complaint shall be extended until forty-five days after the
21  filing of a Consolidated Amended Complaint in the Transpacific Air Passenger cases, or
22  such other times as the parties may jointly agree to in writing.

100660.1

**STIPULATION RE EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO COMPLAINT**

2. This Stipulation does not constitute a waiver by Japan Airlines International Co., Ltd., of any defense, including but not limited to the defenses of lack of personal jurisdiction, subject matter jurisdiction, improper venue, sufficiency of process or service of process.

IT IS SO STIPULATED.

DATED: February 11, 2008    By:   /s/ Reza Sina
Richard L. Kellner
Reza Sina
KABATECK BROWN KELLNER LLP
644 S. Figueroa Street
Los Angeles, CA 90017
Telephone:   (213) 217-5000
Facsimile:    (213) 217-5010

*Attorneys for Plaintiff*

DATED: February 7, 2008    By:   /s/ William Karas (by authorization)
William Karas
STEPTOE & JOHNSON, LLP
1330 Connecticut Avenue, N.W.
Washington, D.C. 20036
Telephone: (202) 429-3000
Facsimile: (202) 429-3902

*Attorneys for Japan Airlines International Co., Ltd.*

**ORDER**

**IT IS SO ORDERED.**

Dated: _____ 2008    _____
Honorable Elizabeth D. Laporte
Judge of the United States District Court