1 | Brian S. Kabateck (#152054; bsk@kbklawyers.com)
2 | Richard I. Kellner (#171416; rlk@kbklawyers.com)
    Reza Sina (#250428; rs@kbklawyers.com)
    KABATECK BROWN KELLNER LLP
3 | 644 S. Figueroa Street
    Los Angeles, CA 90017
4 | Telephone (213) 217-5000
    Facsimile   (213) 217-5010
5 |
    *Attorneys for Plaintiff and the Class*
6 |
7 |
8 |                  **UNITED STATES DISTRICT COURT**
9 |                  **NORTHERN DISTRICT OF CALIFORNIA**
10|                       **SAN FRANCISCO DIVISION**
11|
12| MEOR ADLIN, individually and on behalf       | **Case No. 07-CV-06410-EDL**
    of all others similarly situated,            |
13|                                              | **STIPULATION RE EXTENSION OF**
                 Plaintiff,                       | **TIME FOR DEFENDANT JAPAN**
14|                                              | **AIRLINES INTERNATIONAL CO.,**
                    vs.                           | **LTD. TO RESPOND TO**
15| AIR NEW ZEALAND, ALL NIPPON                  | **COMPLAINT; [~~PROPOSED~~] ORDER**
    AIRWAYS, CATHAY PACIFIC
16| AIRWAYS, CHINA AIRLINES, EVA
    AIRWAYS, JAPAN AIRLINES
17| INTERNATIONAL, MALAYSIA
    AIRLINES, NORTHWEST AIRLINES,
18| QANTAS AIRWAYS, SINGAPORE
    AIRLINES, THAI AIRWAYS, UNITED
19| AIRLINES,
20|              Defendants.
21|
22|
...
28|

100660.1

**STIPULATION RE EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO COMPLAINT**

1  WHEREAS the undersigned plaintiff has filed the above-captioned case;

2  WHEREAS plaintiff alleges antitrust violations by defendant airlines in the sale of
3  passenger air transportation services containing transpacific flight segments;

4  WHEREAS multiple complaints have been filed to date in federal district courts
5  throughout the United States by plaintiffs purporting to bring class actions on behalf of
6  purchasers of passenger air transportation services containing transpacific flight segments
7  (collectively "the Transpacific Air Passenger cases");

8  WHEREAS, a motion is pending before the Judicial Panel on Multidistrict
9  Litigation to transfer the Transpacific Air Passenger cases to this jurisdiction for
10 coordinated and consolidated pretrial proceedings pursuant to 28 U.S.C. Section 1407;

11 WHEREAS plaintiff anticipates the possibility of filing a Consolidated Amended
12 Complaint in the Transpacific Air Passenger cases;

13 WHEREAS plaintiff and Japan Airlines International Co., Ltd. have agreed that an
14 orderly schedule for any response to the pleadings in the Transpacific Air Passenger cases
15 would be more efficient for the parties and for the Court;

16 PURSUANT TO LOCAL RULE 6-1(a), PLAINTIFF AND DEFENDANT JAPAN
17 AIRLINES INTERNATIONAL CO., LTD., BY AND THROUGH THEIR RESPECTIVE
18 COUNSEL OF RECORD, HEREBY STIPULATE AS FOLLOWS:

19   1.   The deadline for Japan Airlines International Co., Ltd. to answer, move, or
20 otherwise respond to plaintiffs' Complaint shall be extended until forty-five days after the
21 filing of a Consolidated Amended Complaint in the Transpacific Air Passenger cases, or
22 such other times as the parties may jointly agree to in writing.

23
24
25
26
27
28

100660.1

**STIPULATION RE EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO COMPLAINT**

2. This Stipulation does not constitute a waiver by Japan Airlines International Co., Ltd., of any defense, including but not limited to the defenses of lack of personal jurisdiction, subject matter jurisdiction, improper venue, sufficiency of process or service of process.

IT IS SO STIPULATED.

DATED: February 11, 2008           By:    /s/ Reza Sina
                                          Richard L. Kellner
                                          Reza Sina
                                          KABATECK BROWN KELLNER LLP
                                          644 S. Figueroa Street
                                          Los Angeles, CA 90017
                                          Telephone:   (213) 217-5000
                                          Facsimile:   (213) 217-5010

                                          *Attorneys for Plaintiff*

DATED: February 7, 2008            By:    /s/ William Karas (by authorization)
                                          William Karas
                                          STEPTOE & JOHNSON, LLP
                                          1330 Connecticut Avenue, N.W.
                                          Washington, D.C.  20036
                                          Telephone:  (202) 429-3000
                                          Facsimile:  (202) 429-3902

                                          *Attorneys for Japan Airlines International Co., Ltd.*

**ORDER**

**IT IS SO ORDERED.**

Dated: __February 12,_____ 2008        _____
                                          Honorable Elizabeth D. Laporte
                                          Judge of the United States District Court