BRIAN S. KABATECK, SBN 152054
RICHARD L. KELLNER, SBN 171416 (rlk@kbklawyers.com)
REZA SINA, SBN 250428
KABATECK BROWN KELLNER LLP
644 South Figueroa Street
Los Angeles, California 90017
Tel: (213) 217-5000
Fax: (213) 217-5010

Attorneys for Plaintiff MEOR ADLIN
on Behalf of Himself and All Others Similarly Situated

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEOR ADLIN, individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>AIR NEW ZEALAND, ALL NIPPON AIRWAYS, CATHAY PACIFIC AIRWAYS, CHINA AIRWAYS, EVA AIRWAYS, JAPAN AIRLINES INTERNATIONAL, MALAYSIA AIRLINES, NORTHWEST AIRLINES, QUANTAS AIRWAYS, SINGAPORE AIRLINES, THAI AIRWAYS, UNITED AIRLINES,<br><br>Defendants. | CASE NO.   C 07 6410 (EDL)<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT NORTHWEST AIRLINES [F.R.C.P. Section 41(a)(1)]** |

Pursuant to Rule 41(a)(1), Federal rules of Civil Procedure, Plaintiffs, MEOR ADLIN, and on behalf of all others similarly situated, hereby dismiss all claims made in Case No. 07-cv-05634-CRB, without prejudice, against named defendant Northwest Airlines.

DATED:   February 14, 2008                    KABATECK BROWN KELLNER LLP


                                              By:_____/s/_____
                                                 REZA SINA
                                                 Attorneys for Plaintiffs

- 1 -

PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL AS TO DEFENDANT NORTHWEST AIRLINES

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

    I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action; my business address is 644 South Figueroa Street, Los Angeles, CA 90017.

    On **February 14, 2008**, I served the foregoing document described as: **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT NORTHWEST AIRLINES [F.R.C.P. Section 41(a)(1)]** on the interested parties in this action:

## SEE ATTACHED SERVICE LIST

[X]   **VIA U.S. MAIL -** I deposited such envelope(s) with the United States Postal Service, enclosed in a sealed envelope, for collection and mailing with the United States Postal Service where it would be deposited for first class delivery, postage fully prepared, in the United States Postal Service that same day in the ordinary course of business.  I am readily familiar with my employer's business practice for collection and processing of correspondence for mailing with the United States Postal Service.

[ ]   **VIA OVERNIGHT EXPRESS –** I am readily familiar with the firm's practice of collection and processing for overnight delivery.  Under that practice it would be deposited in a box or other facility regularly maintained by Overnight Express, or delivered to an authorized courier or driver authorized by Overnight Express to receive documents, in an envelope or package designated by Overnight Express with delivery fees paid or provided for, addressed to the person on whom it is to be served, at the office address as last given by that person on any document filed in the cause and served on the party making service; otherwise at that party's place of residence.

[ ]   **VIA ELECTRONIC MAIL** –

[ ]   (STATE)    I declare under penalty pf perjury under the laws of the State of California that the above is true and correct.

[X]   (FEDERAL)    I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on **February 14, 2008**, at Los Angeles, California.

                                                                                           _____
                                                                                           Rosemary Peltier

## SERVICE LIST

Joseph W. Cotchett (36324
Steven N. Williams (175489)
Nanci E. Nishimura (152621)
Aron K. Lian (2228936
Douglas Y. Park (233398)
COTCHETT, PITRE & McCARTHY
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Tel:  (650) 697-6000
Fax:  (650) 697-0577

Walter J. Lack (57550)
Elizabeth L. Crooke (90305)
Richard P. Kinnan (123170)
ENGSTROM, LIPSOMB & LACK
10100 Santa Monica Blvd., 16th Floor
Los Angeles, CA  90067
Tel:  (310) 552-3800
Fax:  (310) 552-9434

*Attorneys for Plaintiffs Wortman, Adams, Garcia, and the Proposed Class*

Honorable Charles R. Breyer
United States District Court
Northern District of California
450 Golden Gate Avenue
Courtroom 8, 19th Floor
San Francisco, CA  94102