1  DAVID A. SENIOR (SBN 108579)
   BENJAMIN D. WESTON (SBN 240641)
2  McBREEN & SENIOR
   2029 Century Park East
3  Third Floor
   Los Angeles, California 90067
4  Telephone:  (310) 552-5300
   Facsimile:   (310) 552-1205
5  dsenior@mcbreensenior.com

6  Attorneys for Defendant
   Malaysian Airline System Bhd
7
   Additional Counsel on Signature Page
8

9

10                    **UNITED STATES DISTRICT COURT**

11                   **NORTHERN DISTRICT OF CALIFORNIA**

12

13 | **MEOR ADLIN** individually and on behalf of all others similarly situated, | ) Case No. 3:07-CV-6410 EDL |
|---|---|
| Plaintiff, | ) **STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT AND TO STAY RULE 26 PROCEEDINGS** |
| vs. | |
| **AIR NEW ZEALAND, ALL NIPPON AIRWAYS, CATHAY PACIFIC AIRWAYS, CHINA AIRLINES, EVA AIRWAYS, JAPAN AIRLINES INTERNATIONAL, MALAYSIA AIRLINES, NORTHWEST AIRLINES, QANTAS AIRWAYS LIMITED, SINGAPORE AIRLINES, THAI AIRWAYS, and UNITED AIRLINES,** | |
| Defendants. | |

1  A "Motion for Transfer and Consolidation of Related Actions to the Northern
2  District of California Pursuant to 28 U.S.C. § 1407" is now pending before the
3  Judicial Panel on Multidistrict Litigation ("JPML"), that relates to the instant
4  action.  As a result,
5
6  IT IS HEREBY STIPULATED, by and between plaintiff Meor Adlin ("plaintiff")
7  and defendant Malaysian Airline System Bhd ("Malaysia Airlines"), through their
8  respective attorneys of record, that pursuant to United States District Court,
9  Northern District of California Local Rule 6-1, Malaysia Airlines' time to answer,
10 move or otherwise plead is enlarged until 45 days after the JPML grants, denies, or
11 otherwise disposes of the pending motion.  If a consolidated amended complaint is
12 filed by all plaintiffs in a single transferee Court and served on Malaysia Airlines,
13 Malaysia Airlines' time to answer, move or otherwise plead is enlarged until 45
14 days after such service.
15
16 //
17 //
18 //
19 //
20 //
21 //
22 //
23 //
24 //
25 //
26 //
27
28

1

**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT AND TO STAY RULE 26 PROCEEDINGS**
Case No. 3:07-CV-6410 EDL

IT IS FURTHER STIPULATED that all obligations of the parties under Federal Rule of Civil Procedure 26 and/or court order related to same are stayed until the JMPL resolves the pending motion to transfer and consolidate this related action.

Dated: February 14, 2008                KABATECK BROWN KELLNER LLP


By:_____/s/ Reza Sina_____
    Richard L. Kellner
    Reza Sina
    644 S. Figueroa Street
    Los Angeles, CA 90017
    Telephone: (213) 217-5000
    Facsimile: (213) 217-5010
    bsk@kbklawyers.com

*Counsel for Plaintiff*
Meor Adlin


Dated: February 14, 2008                By:___/s/ David A. Senior
    David A. Senior
    Benjamin D. Weston
    McBreen & Senior
    2029 Century Park East
    Third Floor
    Los Angeles, California 90067
    Telephone: 310-552-5300
    Facsimile: 310-552-1205
    Email: dsenior@mcbreensenior.com

*Counsel for Defendant*
Malaysian Airline System Berhad

Concurrence in the filing of this stipulation has been obtained from the foregoing signatories pursuant to United States District Court, Northern District of California General Order 45(X)(B).

By:___/s/ Benjamin D. Weston

2

**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT AND TO STAY RULE 26 PROCEEDINGS**
Case No. 3:07-CV-6410 EDL