1   DLA PIPER US LLP
Danielle S. Fitzpatrick, Bar No. 196593
2   (danielle.fitzpatrick@dlapiper.com)
701 Fifth Avenue, Suite 7000
3   Seattle, Washington  98104-7044
Telephone:     206.839.4800
4   Facsimile:     206.839.4801

5   DLA PIPER US LLP
Matthew S. Covington, Bar No. 154429
6   (matthew.covington@dlapiper.com)
153 Townsend Street, Suite 800
7   San Francisco, California  94107-1957
Telephone:     415.836-2500
8   Facsimile:     415.836.2501

9   Attorneys for Defendant
Cathay Pacific Airways Ltd.

10

## UNITED STATES DISTRICT COURT

11

## NORTHERN DISTRICT OF CALIFORNIA

12

### SAN FRANCISCO DIVISION

13

| | |
|---|---|
| 14  MEOR ADLIN, individually and on behalf of all others similarly situated, | Case No. 3:07-CV-6410 EDL |
| 15 | **STIPULATION RE EXTENSION OF TIME** |
|           Plaintiff, | **FOR DEFENDANT CATHAY PACIFIC** |
| 16 | **AIRWAYS LTD. TO RESPOND TO** |
|         v. | **COMPLAINT; [PROPOSED] ORDER** |
| 17 | |
| 18  AIR NEW ZEALAND, ALL NIPPON AIRWAYS, CATHAY PACIFIC | |
| 19  AIRWAYS, CHINA AIRLINES, EVA AIRWAYS, JAPAN AIRLINES | |
| 20  INTERNATIONAL, MALAYSIA AIRLINES, NORTHWEST AIRLINES, | |
| 21  QANTAS AIRWAYS, SINGAPORE AIRLINES, THAI AIRWAYS and | |
| 22  UNITED AIRLINES, | |
|          Defendants. | |

23

24

25

26

27

28

STIPULATION RE EXTENSION OF TIME FOR DEFENDANT CATHAY TO RESPOND TO COMPLAINT;
[PROPOSED] ORDER; Case No. 3:07-CV-6410 EDL

SANF1\388771.1

1      WHEREAS the undersigned plaintiff has filed the above-captioned case;

2      WHEREAS plaintiff alleges antitrust violations by defendant airlines in the sale of

3  passenger air transportation services containing transpacific flight segments;

4      WHEREAS multiple complaints have been filed to date in federal district courts

5  throughout the United States by plaintiffs purporting to bring class actions on behalf of

6  purchasers of passenger air transportation services containing transpacific flight segments

7  (collectively "the Transpacific Air Passenger cases");

8      WHEREAS, a motion is pending before the Judicial Panel on Multidistrict Litigation to

9  transfer the Transpacific Air Passenger cases to this jurisdiction for coordinated and consolidated

10 pretrial proceedings pursuant to 28 U.S.C. Section 1407, and a hearing on that matter was held

11 on January 30, 2008;

12     WHEREAS plaintiff anticipates the possibility of filing a Consolidated Amended

13 Complaint in the Transpacific Air Passenger cases;

14     WHEREAS plaintiff and Defendant Cathay Pacific Airways Ltd. have agreed that an

15 orderly schedule for any response to the pleadings in the Transpacific Air Passenger cases would

16 be more efficient for the parties and for the Court;

17     PURSUANT TO LOCAL RULE 6-1(a), PLAINTIFF AND DEFENDANT CATHAY

18 PACIFIC AIRWAYS LTD., BY AND THROUGH THEIR RESPECTIVE COUNSEL OF

19 RECORD, HEREBY STIPULATE AS FOLLOWS:

20     1.     The deadline for Cathay Pacific Airways Ltd. to answer, move, or otherwise

21 respond to plaintiff's Complaint shall be extended until forty-five days after the filing of a

22 Consolidated Amended Complaint in the Transpacific Air Passenger cases, or such other times

23 as the parties may jointly agree to in writing.

24     ///

25     ///

26     ///

27     ///

28     ///

- 1 -

SANF1\388771.1

1    2.    This Stipulation does not constitute a waiver by Cathay Pacific Airways Ltd. of

2   any defense, including but not limited to the defenses of lack of personal jurisdiction, subject

3   matter jurisdiction, improper venue, sufficiency of process or service of process.

4    IT IS SO STIPULATED.

5   Dated: February 20, 2008    KABATECK BROWN KELLNER LLP

6
            By: _____/s/ Reza Sina_____
7               Brian S. Kabateck (#152054; bsk@kbklawyers.com)
                Richard L. Kellner (#171416; rlk@kbklaw.com)
8               Reza Sina (#250428; rs@kbklawyers.com)
                644 S. Figueroa Street
9               Los Angeles, California 90017
                Telephone:213.217-5000
10              Facsimile: 213.217-5010

11              *Counsel for Plaintiff Meor Adlin*

12  Dated: February 20, 2008    DLA PIPER US LLP

13
            By: _____/s/ Matthew S.Covington_____
14              Danielle S. Fitzpatrick (#196593)
                (danielle.fitzpatrick@dlapiper.com)
15              DLA PIPER US LLP
                701 Fifth Avenue, Suite 7000
16              Seattle, Washington 98104-7044
                Telephone:206.839.4800
17              Facsimile: 206.839.4801

18              DLA PIPER US LLP
                Matthew S. Covington (#154429)
19              (matthew.covington@dlapiper.com)
                153 Townsend Street, Suite 800
20              San Francisco, California 94107-1957
                Telephone:415.836-2500
21              Facsimile: 415.836.2501

22              *Counsel for Defendant Cathay Pacific Airways Ltd.*

23
                        **ORDER**
24
25  **IT IS SO ORDERED.**

26  Dated: February ___, 2008.
                                _____
27                                  Honorable Elizabeth D. Laporte
                                      Magistrate Judge of the
28                                   United States District Court

- 2 -
**STIPULATION RE EXTENSION OF TIME FOR DEFENDANT CATHAY TO RESPOND TO COMPLAINT;
[PROPOSED] ORDER; Case No. 3:07-CV-6410 EDL**
SANF1\388771.1