1  DLA PIPER US LLP
   Danielle S. Fitzpatrick, Bar No. 196593
2  (danielle.fitzpatrick@dlapiper.com)
   701 Fifth Avenue, Suite 7000
3  Seattle, Washington 98104-7044
   Telephone:   206.839.4800
4  Facsimile:   206.839.4801

5  DLA PIPER US LLP
   Matthew S. Covington, Bar No. 154429
6  (matthew.covington@dlapiper.com)
   153 Townsend Street, Suite 800
7  San Francisco, California 94107-1957
   Telephone:   415.836-2500
8  Facsimile:   415.836.2501

9  Attorneys for Defendant
   Cathay Pacific Airways Ltd.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MEOR ADLIN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AIR NEW ZEALAND, ALL NIPPON AIRWAYS, CATHAY PACIFIC AIRWAYS, CHINA AIRLINES, EVA AIRWAYS, JAPAN AIRLINES INTERNATIONAL, MALAYSIA AIRLINES, NORTHWEST AIRLINES, QANTAS AIRWAYS, SINGAPORE AIRLINES, THAI AIRWAYS and UNITED AIRLINES,<br><br>Defendants. | Case No. 3:07-CV-6410 EDL<br><br>**STIPULATION RE EXTENSION OF TIME FOR DEFENDANT CATHAY PACIFIC AIRWAYS LTD. TO RESPOND TO COMPLAINT; [~~PROPOSED~~] ORDER** |

STIPULATION RE EXTENSION OF TIME FOR DEFENDANT CATHAY TO RESPOND TO COMPLAINT;
[PROPOSED] ORDER; Case No. 3:07-CV-6410 EDL

SANF1\388771.1

1  WHEREAS the undersigned plaintiff has filed the above-captioned case;

2  WHEREAS plaintiff alleges antitrust violations by defendant airlines in the sale of
3  passenger air transportation services containing transpacific flight segments;

4  WHEREAS multiple complaints have been filed to date in federal district courts
5  throughout the United States by plaintiffs purporting to bring class actions on behalf of
6  purchasers of passenger air transportation services containing transpacific flight segments
7  (collectively "the Transpacific Air Passenger cases");

8  WHEREAS, a motion is pending before the Judicial Panel on Multidistrict Litigation to
9  transfer the Transpacific Air Passenger cases to this jurisdiction for coordinated and consolidated
10 pretrial proceedings pursuant to 28 U.S.C. Section 1407, and a hearing on that matter was held
11 on January 30, 2008;

12 WHEREAS plaintiff anticipates the possibility of filing a Consolidated Amended
13 Complaint in the Transpacific Air Passenger cases;

14 WHEREAS plaintiff and Defendant Cathay Pacific Airways Ltd. have agreed that an
15 orderly schedule for any response to the pleadings in the Transpacific Air Passenger cases would
16 be more efficient for the parties and for the Court;

17 PURSUANT TO LOCAL RULE 6-1(a), PLAINTIFF AND DEFENDANT CATHAY
18 PACIFIC AIRWAYS LTD., BY AND THROUGH THEIR RESPECTIVE COUNSEL OF
19 RECORD, HEREBY STIPULATE AS FOLLOWS:

20  1.  The deadline for Cathay Pacific Airways Ltd. to answer, move, or otherwise
21 respond to plaintiff's Complaint shall be extended until forty-five days after the filing of a
22 Consolidated Amended Complaint in the Transpacific Air Passenger cases, or such other times
23 as the parties may jointly agree to in writing.

24  ///
25  ///
26  ///
27  ///
28  ///

- 1 -
**STIPULATION RE EXTENSION OF TIME FOR DEFENDANT CATHAY TO RESPOND TO COMPLAINT;**
**[PROPOSED] ORDER; Case No. 3:07-CV-6410 EDL**

SANF1\388771.1

2. This Stipulation does not constitute a waiver by Cathay Pacific Airways Ltd. of any defense, including but not limited to the defenses of lack of personal jurisdiction, subject matter jurisdiction, improper venue, sufficiency of process or service of process.

IT IS SO STIPULATED.

Dated: February 20, 2008

KABATECK BROWN KELLNER LLP

By: /s/ Reza Sina
Brian S. Kabateck (#152054; bsk@kbklawyers.com)
Richard L. Kellner (#171416; rlk@kbklaw.com)
Reza Sina (#250428; rs@kbklawyers.com)
644 S. Figueroa Street
Los Angeles, California 90017
Telephone: 213.217-5000
Facsimile: 213.217-5010

*Counsel for Plaintiff Meor Adlin*

Dated: February 20, 2008

DLA PIPER US LLP

By: /s/ Matthew S. Covington
Danielle S. Fitzpatrick (#196593)
(danielle.fitzpatrick@dlapiper.com)
DLA PIPER US LLP
701 Fifth Avenue, Suite 7000
Seattle, Washington 98104-7044
Telephone: 206.839.4800
Facsimile: 206.839.4801

DLA PIPER US LLP
Matthew S. Covington (#154429)
(matthew.covington@dlapiper.com)
153 Townsend Street, Suite 800
San Francisco, California 94107-1957
Telephone: 415.836-2500
Facsimile: 415.836.2501

*Counsel for Defendant Cathay Pacific Airways Ltd.*

**ORDER**

IT IS SO ORDERED.

Dated: February 22, 2008.

_____
Honorable Elizabeth D. Laporte
United States Magistrate Judge

IT IS SO ORDERED
[Signature: Elizabeth D. Laporte]
Judge Elizabeth D. Laporte