Christopher T. Casamassima (CA Bar No. 211280)
Email: ccasamassima@kirkland.com
**KIRKLAND & ELLIS LLP**
777 South Figueroa Street
Los Angeles, California 90017-5800
Telephone: (213) 680-8400
Facsimile: (213) 680-8500

Attorneys for Defendant EVA Airways

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MEOR ADLIN, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,** <br><br> Plaintiff, <br><br> vs. <br><br> **AIR NEW ZEALAND, ALL NIPPON AIRWAYS, CATHAY PACIFIC AIRWAYS, CHINA AIRLINES, EVA AIRWAYS, JAPAN AIRLINES INTERNATIONAL, MALAYSIA AIRLINES, NORTHWEST AIRLINES, QANTAS AIRWAYS, SINGAPORE AIRLINES, THAI AIRWAYS, UNITED AIRLINES,** <br><br> **Defendants.** | Case No. 07-CV-6410-EDL <br><br> **AMENDED JOINT STIPULATION PURSUANT TO LOCAL RULES 6-1 AND 6-2 EXTENDING TIME TO RESPOND TO COMPLAINT AND CONTINUING COURT-ORDERED DEADLINES AND [PROPOSED] ORDER** <br><br> The Honorable Elizabeth D. Laporte |

Pursuant to Local Rules 6-1 and 6-2, and in light of the February 19, 2008 Judicial Panel on Multidistrict Litigation Transfer Order consolidating this case and the other Transpacific Passenger Air cases and the Court's Reassignment Order of January 24, 2008, Plaintiff Meor Adlin ("Plaintiff"), and defendant EVA Airways ("Defendant"), through counsel, hereby stipulate and agree as follows:

1  IT IS HEREBY STIPULATED AND AGREED that Defendant's time to
2  answer, move or otherwise respond to Plaintiff's complaint shall be extended until
3  forty-five days after the filing of a Consolidated Amended Complaint in the
4  Transpacific Air Passenger cases, or such other times as the parties may jointly agree
5  to in writing.
6  IT IS FURTHER STIPULATED AND AGREED that defense counsel
7  shall accept service on behalf of Defendant of the summons and complaints in the
8  above-captioned matter, including any amended or consolidated complaints, and
9  further, that Defendant shall not contest sufficiency of process or service of process.
10 This Stipulation does not constitute a waiver of any other defense including, but not
11 limited to, the defenses of lack of personal or subject matter jurisdiction or improper
12 venue. Nothing in this paragraph shall obligate Defendant to answer, move, or
13 otherwise respond to any complaint until the time provided in the preceding
14 paragraph.

| | |
|---|---|
| 1 | IT IS SO STIPULATED. |
| 2 | Respectfully submitted, |

Dated: March 31, 2008               KIRKLAND & ELLIS LLP

By:      /s/ Christopher T. Casamassima

777 South Figueroa Street
Los Angeles, California 90017-5800
Telephone: (213) 680-8400
Facsimile: (213) 680-8500
Email: ccasamassima@kirkland.com

*Counsel for Defendant EVA Airways*


Dated: March 31, 2008               KABATECK BROWN KELLNER, LLP

By:     /s/ Reza Sina (with authorization)

644 S. Figueroa Street
Los Angeles, CA 90017
Telephone: (213) 217-5000
Facsimile: (213) 217-5010
Email: rs@kbklawyers.com

*Counsel for Plaintiff*