UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MEOR ADLIN, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,**<br><br>**Plaintiffs,**<br><br>vs.<br><br>**AIR NEW ZEALAND, ALL NIPPON AIRWAYS, CATHAY PACIFIC AIRWAYS, CHINA AIRLINES, EVA AIRWAYS, JAPAN AIRLINES INTERNATIONAL, MALAYSIA AIRLINES, NORTHWEST AIRLINES, QANTAS AIRWAYS, SINGAPORE AIRLINES, THAI AIRWAYS, UNITED AIRLINES,**<br><br>**Defendants.** | Case No. 07-CV-6410-EDL<br><br>[~~proposed~~] order PURSUANT TO LOCAL RULES 6-1 AND 6-2 EXTENDING TIME TO RESPOND TO COMPLAINT AND CONTINUING COURT-ORDERED DEADLINES<br><br>The Honorable Elizabeth D. Laporte |

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED THAT Defendant's time to answer, move or otherwise respond to Plaintiff's complaint shall be extended until forty-five days after the filing of a Consolidated Amended Complaint in the Transpacific Air Passenger cases, or such other times as the parties may jointly agree to in writing.

Dated: [___March___] [31], 2008

_____
Honorable Elizabeth D. LaPorte
Judge of the United States District Court