1  David A. Senior (SBN 108579)
   Benjamin D. Weston (SBN 240641)
2  Carrie A. McQuaid (SBN 254066)
   McBreen & Senior
3  2029 Century Park East
   Third Floor
4  Los Angeles, California 90067
   Telephone: 310-552-5300
5  Facsimile: 310-552-1205
   Email:  dsenior@mcbreensenior.com
6
   Attorneys for Defendant
7  Malaysian Airline System Berhad

8  Other counsel listed at signature lines

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

**In re TRANSPACIFIC PASSENGER AIR TRANSPORTATION ANTITRUST LITIGATION**

Master File No.07-cv-5634 CRB

MDL. NO. 1913

**STIPULATION PURSUANT TO LOCAL RULE 6-1 EXTENDING TIME TO RESPOND TO COMPLAINT**

This Document Relates To:

*Adlin v. Air New Zealand, et al.*
3:07-cv-6410-EDL

---

STIPULATION PURSUANT TO LOCAL RULE 6-1 EXTENDING TIME TO RESPOND TO COMPLAINT;
Master File No.07-cv-5634 CRB

Pursuant to Local Rule 6-1, and in light of the February 19, 2008 Judicial Panel on Multidistrict Litigation ("JPML") Transfer Order consolidating this case and the other Transpacific Passenger Air cases, plaintiff Meor Adlin ("Plaintiff"), and defendant Malaysian Airline System Berhad, sued herein as "Malaysia Airlines" ("Defendant"), through counsel, hereby stipulate and agree as follows:

IT IS HEREBY STIPULATED AND AGREED that Defendant's time to answer, move or otherwise plead is enlarged until either: (1) 45 days after plaintiffs in the Transpacific Passenger Air cases file and serve a consolidated amended complaint; or, (2) 45 days after plaintiffs in the Transpacific Passenger Air cases provide notice that a consolidated amended complaint will not be filed.

Dated: April 2, 2008

By: __/s/ Carrie A. McQuaid____
David A. Senior
Benjamin D. Weston
Carrie A. McQuaid
McBreen & Senior
2029 Century Park East
Third Floor
Los Angeles, California 90067
Telephone: 310-552-5300
Facsimile: 310-552-1205
Email:  dsenior@mcbreensenior.com

Attorneys for Defendant
Malaysian Airline System Berhad

Dated: April 2, 2008

By: __/s/ Reza Sina_____
Richard L. Kellner
Reza Sina
Kabateck, Brown, Kellner, LLP
644 S. Figueroa Street
Los Angeles, CA 90017
Telephone: (213) 217-5000
Facsimile: (213) 217-5010
bsk@kbklawyers.com

Counsel for Plaintiff
Meor Adlin

1

2  Concurrence in the filing of this stipulation has been obtained from the foregoing signatories
   pursuant to United States District Court, Northern District of California General Order 45(X)(B).

3

4                                By:____/s/  Carrie A. McQuaid_____