Joseph W. Cotchett (36324; jcotchett@cpmlegal.com)
Steven N. Williams (175489; swilliams@cpmlegal.com)
Neil J. Swartzberg (215133; nswartzberg@cpmlegal.com)
Stuart G. Gross (251019; sgross@cpmlegal.com)
Aron K. Liang (228936; aliang@cpmlegal.com)
**COTCHETT, PITRE & McCARTHY**
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA  94010
Telephone:  (650) 697-6000
Facsimile:   (650) 697-0577

*Interim Class Counsel and Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE TRANSPACIFIC PASSENGER AIR TRANSPORTATION ANTITRUST LITIGATION** ) ) ) ) ) ) | **Case No. 07-cv-05634-CRB**<br><br>**MDL No. 1913** |
| **This Document Relates to:** ) ) | **CERTIFICATE OF SERVICE** |
| *Wortman et al. v. Air New Zealand et al.* Case No. 07-05634-CRB ) ) ) ) | |

## **CERTIFICATE OF SERVICE**

I am employed in San Mateo County, which is where service of the documents referred to below occurred.  I am over the age of 18 and not a party to the within action.  My business address is Cotchett, Pitre & McCarthy, San Francisco Airport Center, 840 Malcolm Road, Burlingame, California 94010.  I am readily familiar with Cotchett, Pitre & McCarthy's practices for the service of documents.  On April 10, 2008, I served or caused to be served a true copy of the following documents in the manner listed below:

1. **ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL LOCAL RULE 3-12; and**

2. **CERTIFICATE OF SERVICE.**

**XXX**  **BY ECF:** I caused the aforementioned documents to be filed via the Electronic Case Filing (ECF) system in the United States District Court for the Northern District of California, on all parties registered for e-filing in the Docket Numbers 07-cv-05634-CRB, 07-06071-MMC, 07-06357-MMC, 07-06410-EDL, 08-00308-BZ, 08-00487-SC, 08-00615-MEJ, 08-01453-CRB. Counsel of record are required by the Court to be registered e-filers, and as such are automatically e-served with a copy of the documents upon confirmation of e-filing.

**XXX**  **BY OVERNIGHT COURIER SERVICE:**  I caused the sealed envelope containing the aforementioned document(s) to be delivered via overnight courier service to the addressee(s) specified below:

| | |
|---|---|
| Honorable Charles R. Breyer<br>United States District Court<br>Northern District of California<br>450 Golden Gate Avenue<br>Courtroom 8, 19th Floor<br>San Francisco, CA 94102 | Honorable Bernard Zimmerman<br>United States District Court<br>Northern District of California<br>450 Golden Gate Avenue<br>Courtroom G, 15th Floor<br>San Francisco, CA 94102 |
| Honorable Maxine M. Chesney<br>United States District Court<br>Northern District of California<br>450 Golden Gate Avenue<br>Courtroom 7, 19th Floor<br>San Francisco, CA 94102 | Honorable Maria-Elena James<br>United States District Court<br>Northern District of California<br>450 Golden Gate Avenue<br>Courtroom B, 15th Floor<br>San Francisco, CA 94102 |
| Honorable Elizabeth D. Laporte<br>United States District Court<br>Northern District of California<br>450 Golden Gate Avenue<br>Courtroom E, 15th Floor<br>San Francisco, CA 94102 | Honorable Samuel Conti<br>United States District Court<br>Northern District of California<br>450 Golden Gate Avenue<br>Courtroom 1, 17th Floor<br>San Francisco, CA 94102 |

1  **XXX**  **BY US MAIL:**  I caused the sealed envelope containing the aforementioned
document(s) to be delivered via US Mail to the addressee(s) specified below:

2

3                                    **(SEE ATTACHED SERVICE LIST)**

4          I declare under penalty of perjury under the laws of the State of California that the

5  foregoing is true and correct.  Executed at Burlingame, California, on April 10, 2008.

6

7                                    */s/ Marisa Compesi*
                                     **MARISA COMPESI**

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*In re Transpacific Passenger Air Transportation Antitrust Litigation*
**MLD No. 1913**

## SERVICE LIST

Scott D. Cunningham                          *Attorney for Defendant Air New Zealand*
Rod D. Margo
**CONDON & FORSYTH LLP**
1901 Avenue of the Stars, Suite 850
Los Angeles, California 90067
Tel: 310-557-2030
Fax: 310-557-1299

Michael J. Holland                           *Attorney for Defendant Air New Zealand*
**CONDON & FORSYTH LLP**
7 Times Square, 18th Floor
New York, New York 10036
Tel: 212-490-9100
Fax: 212-370-4453

Jesse Markham                                *Attorney for Defendant All Nippon Airways*
Adam Brezine
**HOLME ROBERTS & OWEN LLP**
560 Mission St.
25th Floor
San Francisco, CA  94105
Tel: 415-268-2000
Fax: 415-268-1999

Yang Chen                                    *Attorney for Defendant All Nippon Airways*
**CONSTANTINE CANNON LLP**
450 Lexington Avenue
New York, NY 10017
Tel: 212-350-2700
Fax: 212-350-2701

Edward B. Schwartz                           *Attorney for Defendant Cathay Pacific*
**DLA PIPER US LLP**                          *Airways*
500 Eighth Street, N.W.
Washington, DC 20004
Tel: 202-799-4000
Fax: 202-799-5000

Danielle S. Fitzpatrick                      *Attorney for Defendant Cathay Pacific*
**DLA PIPER US LLP**                          *Airways*
701 Fifth Avenue, Suite 7000
Seattle, Washington 98104
Tel: 206-839-4800
Fax: 206-839-4801

**CERTIFICATE OF SERVICE**

1   James V. Dick                                *Attorney for Defendant China Airlines*
    **SQUIRE, SANDERS & DEMPSEY LLP**
2   1201 Pennsylvania Avenue, N.W., Suite 500
    Washington, D.C. 20004
3   Tel: 202-626-6600
    Fax: 202-626-6780
4
    Christopher T. Casamassima                   *Attorney for Defendant EVA Airways*
5   **KIRKLAND & ELLIS LLP**
    777 South Figueroa Street
6   Los Angeles, California 90017-5800
    Tel: 213-680-8400
7   Fax: 213-680-8500

8   William Karas                                *Attorney for Defendant Japan Airlines*
    **STEPTOE & JOHNSON LLP**                    *International*
9   1330 Connecticut Avenue, NW
    Washington, D.C. 20036
10  Tel: 202-429-8126
    Fax: 202-429-8126
11
    David A. Senior                              *Attorney for Defendant Malaysia Airlines*
12  Benjamin D. Weston
    **MCBREEN & SENIOR**
13  2029 Century Park East, Third Floor
    Los Angeles, CA 90067
14  Tel: 310-552-5300
    Fax: 310-552-1205
15
    W. Todd Miller                               *Attorney for Defendant Qantas Airways*
16  Kimberly N. Shaw
    **BAKER & MILLER PLLC**
17  2401 Pennsylvania Avenue, N.W., Suite 300
    Washington, D.C. 20037
18  Tel: 202-663-7820
    Fax: 202-663-7849
19
    Michael A. Duncheon                          *Attorney for Defendant Qantas Airways*
20  Lisa M. Pooley
    **HANSON BRIDGETT MARCUS**
21  **VLAHOS RUDY**
    425 Market Street, 26th Floor
22  San Francisco, CA 94105
    Tel:  415-995-5015
23  Fax:  415-541-9366

24  William R. Sherman                           *Attorney for Defendant Singapore Airlines*
    Charles R. Price
25  **LATHAM & WATKINS LLP**
    555 Eleventh Street, N.W., Suite 1000
26  Washington, DC 20004
    Tel: 202-637-2200
27  Fax: 202-637-2201

28

**CERTIFICATE OF SERVICE**

1  Katherine A. Levine                          *Attorney for Defendant Thai Airways*
   Rowan D. Wilson                              *International Public Company Limited*
2  **CRAVATH, SWAINE & MOORE LLP**
   825 Eighth Avenue, 4044 D
3  New York, NY 10019
   Tel: 212-474-1684
4  Fax: 212-474-3700

5  Mark S. Priver                               *Attorney for Defendant Thai Airways*
   **Ohashi & Priver**                          *International Public Company Limited*
6  140 South Lake Ave., Suite 208
   Pasadena, CA 91101
7  Tel: 626-584-1107
   Fax: 626-584-3636
8
   Richard J. Favretto                          *Attorney for Defendant United Airlines*
9  **MAYER BROWN LLP**
   1909 K. Street N.W.
10 Washington, DC 20006
   Tel: 202-263-3250
11 Fax: 202-263-3300

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LAW OFFICES
COTCHETT,
PITRE &
McCARTHY

---

**CERTIFICATE OF SERVICE**