1  Joseph W. Cotchett (36324; jcotchett@cpmlegal.com)
   Steven N. Williams (175489; swilliams@cpmlegal.com)
2  Neil J. Swartzberg (215133; nswartzberg@cpmlegal.com)
   Stuart G. Gross (251019; sgross@cpmlegal.com)
3  Aron K. Liang (228936; aliang@cpmlegal.com)
   **COTCHETT, PITRE & McCARTHY**
4  San Francisco Airport Office Center
   840 Malcolm Road, Suite 200
5  Burlingame, CA  94010
   Telephone:  (650) 697-6000
6  Facsimile:   (650) 697-0577

7  Michael P. Lehmann (77152; mlehmann@cmht.com)
   Christopher L. Lebsock (184546; clebsock@cmht.com)
8  Jon T. King (205073; jking@cmht.com)
   **COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.**
9  One Embarcadero Center
   Suite 2440
10 San Francisco, CA 94111
   Telephone:  (415) 229-2080
11 Facsimile:   (415) 986-3643

12 *Interim Class Counsel and Counsel for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE TRANSPACIFIC PASSENGER AIR TRANSPORTATION ANTITRUST LITIGATION | Case No. 07-cv-05634-CRB<br><br>MDL No. 1913 |
| **This Document Relates to:**<br><br>*Wortman et al., v. Air New Zealand et al.*, Case No. 07-05634-CRB | [~~PROPOSED~~] ORGER GRANTING ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL LOCAL RULE 3-12 |

**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL LOCAL RULE 3-12**
**Case No. 07-CV-05634-CRB**

1  Pursuant to Civil Local Rule 3-12, and on good cause shown, the Administrative Motion
2  to Consider Whether Cases Should Be Related, submitted by Interim Class Counsel, is Granted.
3  The actions captioned (1) *Schelly et al. v. Air New Zealand et al.,* Case No. 07-06071-MMC, (2)
4  *Clark et al. v. Air New Zealand et al.,* Case No. 07-06357-MMC; (3) *Adlin v. Air New Zealand*
5  *et al.,* Case No. 07-06410-EDL; (4) *Feigenbaum v. Air New Zealand et al.,* Case No. 08-00308-
6  BZ; (5) *Labarge v. Air New Zealand et al.,* Case No. 08-00487-SC; (6) *Frederick v. Air New*
7  *Zealand et al.,* Case No. 08-00615-MEJ; and (7) *Hirai v. Air New Zealand et al.,* Case No. 08-
8  01453-CRB, are hereby related to *Wortman et al., v. Air New Zealand et al.*, Case No. 07-
9  05634-CRB, and shall be consolidated in *In re Transpacific Passenger Air Transportation*
10 *Antitrust Litigation*, N.D. Cal., Case No. 07-5634-CRB.

12  IT IS SO ORDERED.

14  Dated: __April 15_____, 2008

_____
Honorable Charles R. Breyer
U.S. District Court



**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL LOCAL RULE 3-12**
Case No. 07-CV-05634-CRB                                                                 1